RECEIVED
AUG 28 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **CHADWICK WRIGHT** | * | **CIVIL ACTION NO. 12-2057** |
| **VERSUS** | * | **JUDGE JAMES T. TRIMBLE, JR.** |
| **WARDEN, LOUISIANA STATE PENITENTIARY** | * | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED the petition for *habeas corpus* filed by Petitioner Chadwick Wright [docs. # 1, 13] is **DENIED and DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED this 28th day of August, 2013, in Alexandria, Louisiana.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE